■ BANK OF MONTREAL, Respondent, v DUNYA PREDOVAN et al., Appellants.—Order, Supreme Court, New York County (Stephen Crane, J.), entered on January 12, 1987, and order and judgment (one paper) of said court (Ethel Danzig, J.), entered on February 4, 1987, as amended by an order of said court, entered on March 10, 1987, unanimously affirmed. Respondent shall recover of appellants one bill of $50 costs and disbursements of these appeals. The motion by plaintiff-respondent for leave to file a supplemental record denied. No opinion. Concur—Sandler, J. P., Carro, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO APONTE, Appellant.—Judgment, Supreme Court, Bronx County (William Holland, J.), rendered on October 11, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch and Milonas, JJ.

■ In the Matter of JOSEPH BELLACOSA, Appellant, v CLASSIFICATION REVIEW BOARD OF THE UNIFIED COURT SYSTEM OF THE STATE OF NEW YORK et al., Respondents. PRIMROSE SHAFER et al., Intervenors-Respondents.—Judgment, Supreme Court, New York County (Myriam Altman, J.), entered on May 15, 1987, unanimously affirmed for the reasons stated by Myriam Altman, J., without costs and without disbursements. Concur—Sandler, J. P., Carro, Asch and Smith, JJ.

■ In the Matter of JOHN A. ZIMMERMAN, Respondent, v BENJAMIN WARD et al., Appellants.—Order, Supreme Court, New York County (Jawn Sandifer, J.), entered on October 16, 1986, unanimously modified, on the law, to the extent of denying petitioner's application and dismissing the petition and otherwise affirmed, without costs and without disbursements. *(See, Matter of Sheridan v Ward,* 125 AD2d 274, *lv denied* 69 NY2d 609.)* The appeal from the order of said court entered on July 23, 1986 is unanimously dismissed, without costs and without disbursements, as having been superseded by the appeal from the order entered on October 16, 1986. Concur—Sandler, J. P., Carro, Asch and Milonas, JJ.